# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Peggy Joyce Ruth,

        * From the 35th District
          Court of Brown County,
          Trial Court No. CV1002049.

Vs. No. 11-12-00087-CV

        * May 23, 2013

Arma Lee Crow, James Albert Crow,
and Sandra Kay Ford,

        * Per Curiam Memorandum Opinion
          (Panel consists of: Wright, C.J.,
          McCall, J., and Willson, J.)

This court has considered Arma Lee Crow, James Albert Crow, and Sandra Kay Ford's motion for jurisdictional determination and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Peggy Joyce Ruth.